| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Associated Bank, N.A.* | |
| In re:<br><br>Joseph K. Vinci<br><br>                                Debtor. | Chapter: 13<br><br>Case No.: 25-17113-CMG<br><br>Hearing Date: September 24, 2025<br><br>Judge Christine M. Gravelle |

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, Associated Bank, N.A., files its Objection to Confirmation of Plan and states:

1. Creditor is the lienholder on the title of the following vehicle: 2019 Cadillac Escalade, VIN: 1GYS4BKJ0KR274595.

2. Creditor filed Proof of Claim 18-1 in the amount of $50,240.00, including an arrearage in the amount of $4,222.10.

3. The Debtor's proposed Chapter 13 Plan includes an arrearage amount of $0.00 and treats Creditor as unaffected.

4. The Plan should be modified to conform to the arrearage amount on Creditor's Proof of Claim.

5. Moreover, the total arrearage should be paid in equal monthly payments, pursuant to Section 1325(a)(5)(B)(iii)(I) of the Bankruptcy Code.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

                                        Stewart Legal Group, P.L.,
                                        attorney for Associated Bank, N.A.

Dated: September 9, 2025

                    By:     */s/Gavin N. Stewart*
                            Gavin N. Stewart, Esq.